796 A.2d 224

IN THE MATTER OF MAXWELL X. COLBY,
AN ATTORNEY AT LAW.

April 30, 2002.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 01–030, concluding that **MAXWELL X. COLBY** of **OAKHURST**, who was admitted to the bar of this State in 1975, should be disciplined for violating *RPC* 1.15(a) (negligent misappropriation) and *RPC* 1.15(d) (failure to comply with recordkeeping rules), and good cause appearing;

It is ORDERED that **MAXWELL X. COLBY** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.